UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 5:24-cv-00814-SPG-JC | Date | May 22, 2024 |
|---|---|---|---|
| Title | Kevin Tate v. Rob Bonta, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| none | none |

**Proceedings:** (IN CHAMBERS)

**ORDER (1) SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS; AND (2) VACATING HEARING DATE AND TAKING MOTION UNDER SUBMISSION**

The Court is in receipt of Defendant California Attorney General Rob Bonta's Motion to Dismiss ("Defendant's Motion"), which is noticed for hearing before this Court on July 2, 2024 at 9:30 a.m. Plaintiff shall file an opposition/response to Defendant's Motion by not later than June 21, 2024. Defendant shall file a reply by not later than fourteen (14) days after the formal filing date of Plaintiff's opposition/response.

**Plaintiff is cautioned that the failure timely to file an opposition to Defendant's Motion may be deemed consent to the granting of Defendant's Motion pursuant to Local Rule 7-12 and may result in dismissal which could end this case. Further, Plaintiff's failure timely to file an opposition/response to Defendant's Motion may result in the dismissal of this action for failure to prosecute and/or failure to comply with the Court's Order.**

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds Defendant's Motion appropriate for decision without oral argument. The hearing calendared for July 2, 2024 is hereby vacated and the matter taken off calendar. The matter will be deemed submitted on the date on which Defendant's Reply is due.

IT IS SO ORDERED.