UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN TATE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROB BONTA, et al.,<br><br>　　　　Defendants.<br>_____ | Case No. 5:24-cv-00814-MWC-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the November 7, 2024 Report and Recommendation.

IT IS HEREBY ORDERED:  (1) Defendant's Motion to Dismiss the Complaint is granted; (2) The Complaint and this action are dismissed without prejudice; and (3) The Clerk shall entered Judgment accordingly.

IT IS SO ORDERED

DATED: December 10, 2024

_____
HONORABLE MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE