JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN TATE, | Case No. 5:24-cv-00814-MWC-JC |
| Plaintiff, | JUDGMENT |
| v. | |
| ROB BONTA, et al., | |
| Defendants. | |

In accordance with the concurrently issued Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that Defendant's Motion to Dismiss the Complaint is granted and that the Complaint and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: December 10, 2024

_____
HONORABLE MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE